AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of:
(Address or brief description of property or premises to be seized)

funds in SunTrust Bank account
#1000058449769,
held in the name of Gerald Dulic,
up to $80,000.00

**SEIZURE WARRANT**

CASE NUMBER:

08 - 360 - M 01

TO:   Director, United States Secret Service, and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Ryan Petrasek_ who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely:
(describe the property to be seized)

    funds in SunTrust Bank account #1000058449769,
    held in the name of Gerald Dulic, up to $80,000.00

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 0 9 2008
_____
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, D.C.

_John M. Facciola_ (signature)
_____
Signature of Judicial Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>6/4/08 | DATE AND TIME WARRANT EXECUTED<br>6/19/08 0930 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>INV Bob Tapscott Suntrust |
| INVENTORY MADE IN THE PRESENCE OF Bob Tapscott |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |||

SunTrust bank offical check # 6928010084 in the amount of $22,655.07 made payable to the U.S. Secret Service.

**FILED**

JUN 19

NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____     6/9/08
U.S. Judge or U.S. Magistrate Judge       Date